*Bruce R. Lockwood,* assistant state's attorney, in support of the petition.

*Jon L. Schoenhorn,* in opposition.

Decided May 19, 2004

## JENNE MAAG *v.* HOMECHEK REAL ESTATE SERVICES, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 82 Conn. App. 201 (AC 23285/AC 23286), is denied.

*Zbigniew S. Rozbicki,* in support of the petition.

*D. Randall DiBella* and *Donald A. Mitchell,* in opposition.

Decided May 19, 2004

## SHARON MOTOR LODGE, INC., ET AL. *v.* ALLAN Y. TAI

The plaintiffs' petition for certification for appeal from the Appellate Court, 82 Conn. App. 148 (AC 23417), is denied.

*William F. Gallagher* and *Zbigniew S. Rozbicki,* in support of the petition.

Decided May 19, 2004